No. 175. HOTEL AND RESTAURANT EMPLOYEES AND BARTENDERS INTERNATIONAL UNION, LOCAL No. 181, ET AL. *v.* BLUE BOAR CAFETERIA Co., INC. Court of Appeals of Kentucky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the petition for writ of certiorari

should be granted. *J. W. Brown* for petitioners. *Robert E. Hatton* for respondent.